1  Miles D. Grant, Esq.         (SBN  89766)
   Alexander J. Kessler, Esq.   (SBN 278240)
2  **GRANT & KESSLER, APC**
   1331 India Street
3  San Diego, CA 92101
   Tel: 619-233-7078; Fax: 619-233-7036
4

5  Attorneys for Plaintiff/Judgment Creditor

6

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

| 11 | BECK'S SUPERIOR HYBRIDS, INC. | CASE NO. 3:17-mc-00955 |
|---|---|---|
| 12 | Plaintiff | **CERTIFICATE OF SERVICE** |
| 13 | v. | Dept:   5C |
| 14 | HYDROSWING NORTH AMERICA INC., and MARSHAL PARKER | Judge:  Hon. Andrew G. Schopler |
| 15 | | [POST-JUDGMENT] |
| 16 | Defendants. | |

17

18  I, the undersigned, declare that I am over the age of eighteen years and not

19  a party to this cause. I am employed in, or am a resident of, the County of San

20  Diego, City of San Diego, California, and my business address is: GRANT &

21  KESSLER, APC, 1331 India Street, San Diego, CA 92101.

22  On March 29, 2018, I caused to be served the following document(s):

23  **1)  NOTICE OF DEFENDANT'S FAILURE TO PAY SANCTIONS**

24

25  [X] BY MAIL: I am readily familiar with the business practice for collection and

26  processing of correspondence for mailing with the United States Postal Service,

27  that the correspondence shall be deposited with the United States Postal Service

28  this same day in the ordinary course of business, and that I deposited the

documents listed above in separate envelope, with postage thereon fully prepaid, in the United States mail at San Diego, California, to the following addresses:

MARSHAL J. PARKER,
on Behalf of Hydroswing North America, Inc.
167 13th Street
Del Mar, CA 92014

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:   March 29, 2018             /s/Alexander J. Kessler
                                    Alexander J. Kessler

I:\DOCS\02-258\C-Motions\OSC re Contempt\Cert of Service 3-29-18.wpd

-2-

CERTIFICATE OF SERVICE                                    CASE NO. 17-mc-00955