1   MARSHAL J. PARKER
    167 – 13TH Street
2   Del Mar, CA 92014
    Phone: (858) 220-6830
3   e-mail: mp@marshalparker.com

4

5   Attorney pro se

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10                                              17 - MC - 0955 - AGS

11  In re                            CASE NO.  17-02953-LAZ

12  MARSHAL J. PARKER,               DECLARATION FOR CONTINUANCE OF
                                     JUDGEMENTDEBTORS EXAM
13
              Debtor.               Date:   TBD
14                                  Time:   TBD
                                    Dept:   TBD
15
                                    JUDGE :**Hon. ANDREW G. SCHOPLER**
16

17

18      1.  I Marshal James Parker say and declare:
19
        2.  I am the debtor in this case. The following fact are based on my own personal knowledge.
20          If called to witness, I could and would testify completely thereto.

21      3.  In relation to judgement debtors hearing continuation and due to the seriousnous of my
            father's health I am awaiting the advice from my home country, the United Kingdom to
22          travel immediately to the UK as my father is in the very last stages of life and reported to
            have a short time to live and I shall be travelling to the UK to ensure I see him prior to his
23          passing.

24      4.  My father, a severe stroke victim of 17 years, has had a slow demise and recently was
            admitted to hospital for severe renal problems and kidney complications and is described
25          as having lost all interest in life and is close to his natural end.

26      5.  Judge Stormes cited although there is no actual time set for a continuance hearing on the
            7th June following the hearing of May 24th 2018, a declaration should be on file relating to
27          the peronal circumstabces stated above.I appreciate the Hon. Judge Stormes's levity on
            this matter very much.
28

                                           1

6. I seek a continuation from the court based upon compassionate grounds to cover all practicable eventuialities relating to this situation until or beyond September 1st 2018 which is a date I feel will be past the point of conflict with this sad situation.

7. I am party to this and the matters stated in this document and are true of my own knowledge and belief except to those matters stated on information and belief, and as those matters I believe them to be true.

8. Executed on May 31st 2018 at County of San Diego, California

9. I declare under penalty of purgery under the laws of the State of California that the foregoing is true and correct

Dated: May 31st 2018

MARSHAL J. PARKER, Debtor