# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE / ☒ U.S. MAGISTRATE JUDGE: The Hon. Andrew G. Schopler

| FROM: S. Mitchell, Deputy Clerk | RECEIVED DATE: June 1, 2018 |
|---|---|
| CASE NO. 17-mc-00955 | DOC FILED BY: Marshal Parker |
| CASE TITLE: Beck's Superior Hybrids, Inc. v. Hyrdoswing North America Inc. et al ||
| DOCUMENT ENTITLED: Declaration for Continuance of Judgement Debtors Exam ||

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.2 - Missing Proof of Service;

**Date Forwarded:** June 1, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: June 4, 2018        CHAMBERS OF: The Honorable Andrew G. Schopler

cc: All Parties           By: WMA