**FILED**

Jun 04 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ Stevem     DEPUTY

MARSHAL J. PARKER
167 – 13TH Street
Del Mar, CA 92014
Phone: (858) 220-6830
e-mail: mp@marshalparker.com

Attorney pro se

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

17-MC-0955-AGS

| | |
|---|---|
| In re<br><br>MARSHAL J. PARKER,<br><br>      Debtor. | CASE NO. ~~17-02953-LAZ~~<br><br>DECLARATION FOR CONTINUANCE OF JUDGEMENTDEBTORS EXAM<br><br>Date:    TBD<br>Time:    TBD<br>Dept:    TBD<br><br>JUDGE :**Hon. ANDREW G. SCHOPLER** |

1. I Marshal James Parker say and declare:

2. I am the debtor in this case. The following fact are based on my own personal knowledge. If called to witness, I could and would testify completely thereto.

3. In relation to judgement debtors hearing continuation and due to the seriousnous of my father's health I am awaiting the advice from my home country, the United Kingdom to travel immediately to the UK as my father is in the very last stages of life and reported to have a short time to live and I shall be travelling to the UK to ensure I see him prior to his passing.

4. My father, a severe stroke victim of 17 years, has had a slow demise and recently was admitted to hospital for severe renal problems and kidney complications and is described as having lost all interest in life and is close to his natural end.

5. Judge Stormes cited although there is no actual time set for a continuance hearing on the 7th June following the hearing of May 24th 2018, a declaration should be on file relating to the peronal circumstabces stated above.I appreciate the Hon. Judge Stormes's levity on this matter very much.

6. I seek a continuation from the court based upon compassionate grounds to cover all practicable eventuialities relating to this situation until or beyond September 1st 2018 which is a date I feel will be past the point of conflict with this sad situation.

7. I am party to this and the matters stated in this document and are true of my own knowledge and belief except to those matters stated on information and belief, and as those matters I believe them to be true.

8. Executed on May 31st 2018 at County of San Diego, California

9. I declare under penalty of purgery under the laws of the State of California that the foregoing is true and correct

Dated: May 31st 2018

MARSHALL J. PARKER, Debtor